1  KAMALA D. HARRIS
   Attorney General of California
2  JESSICA N. BLONIEN, State Bar No. 189137
   Supervising Deputy Attorney General
3  CHRISTOPHER J. RENCH, State Bar No. 242001
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 324-5374
6    Fax: (916) 322-8288
     E-mail: Christopher.Rench@doj.ca.gov
7  *Attorneys for Defendants*
   *California Department of Corrections and*
8  *Rehabilitation & Dr. Jeffrey Beard*

9  JOSEPH S. MURPHY, Esq.
   Attorney ID: 04201989
10 Attorney for Plaintiff
   jsmurphy@optonline.net
11 48 Ringwood Avenue
12 Ringwood, NJ 07456
   Phone (973) 556-0589
13 Fax (973) 907-2160

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **S.S.,**<br><br>Plaintiff,<br><br>v.<br><br>**California Department of Corrections and Rehabilitation and Dr. Jeffrey Beard,**<br><br>Defendants. | 2:14-cv-00667 JAM CKD<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: The Honorable John A. Mendez<br><br>Action Filed: 5/5/2013 |

1

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorney fees or other expenses of litigation.

Respectfully submitted,

Dated this 8th day of October, 2014   /s/ *Joseph S. Murphy, Esq.*
　　　　　　　　　　　　　　　　　　Joseph S. Murphy, Esq.
　　　　　　　　　　　　　　　　　　Attorney ID: 04201989
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　jsmurphy@optonline.net
　　　　　　　　　　　　　　　　　　48 Ringwood Avenue
　　　　　　　　　　　　　　　　　　Ringwood, NJ 07456
　　　　　　　　　　　　　　　　　　(973) 556-0589

Dated this 9th day of October, 2014   */s/ Christopher J. Rench*
　　　　　　　　　　　　　　　　　　Christopher J. Rench, Esq.
　　　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　　　1300 I Street
　　　　　　　　　　　　　　　　　　Sacramento, CA 95814
　　　　　　　　　　　　　　　　　　916-324-5374
　　　　　　　　　　　　　　　　　　christopher.rench@doj.ca.gov

　　　IT IS SO ORDERED.

　　　Dated 10/11/2014   　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　Hon. John A. Mendez
　　　　　　　　　　　　　　　　　　United States District Court Judge